IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD D. BANKS,

Plaintiff,

v.

BOARD OF TRUSTEES OF
SOUTHERN ILLINOIS UNIVERSITY,
SOUTHERN ILLINOIS
UNIVERSITY-EDWARDSVILLE, and
STATE OF ILLINOIS

Defendants.                                                  No. 09-0621-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Board of Trustees of Southern Illinois University and Southern Illinois University-Edwardsville's September 14, 2009 motion to dismiss Count I of Plaintiff's complaint (Doc. 10). As of this date, Banks has not responded to the motion.[1] Thus, the Court considers this failure to respond as an admission of the merits of the motion. Accordingly, the Court **GRANTS** the motion. The Court **DISMISSES with prejudice** Count I of Banks' complaint against the Board of Trustees of Southern Illinois University and Southern Illinois University-Edwardsville.

**IT IS SO ORDERED.**

Signed this 22nd day of October, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**

---

[1] **Local Rule 7.1(c)** provides in part: "An adverse party shall have **thirty (30) days** after the service (*see* FED. R. CIV. P. 6) of the movant's motion in which to serve and file an answering brief. Failure to timely file an answering brief to a motion, may in the court's discretion, be considered an admission of the merits of the motion."